1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   BRIAN C. LEWIS (DCBN 476851)
    Assistant United States Attorney
5
    JENNIFER A. TOLKOFF (CABN 287945)
6   Special Assistant United States Attorney

7        1301 Clay Street, Suite 340S
         Oakland, California 94612
8        Telephone: (510) 637-3680
         Facsimile:  (510) 637-3724
9        E-Mail: brian.lewis@usdoj.gov

10  Attorneys for the United States of America

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                 OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,            )   CASE NO. CR 15-0178 HSG
                                         )
16         Plaintiff,                    )
                                         )   [PROPOSED] ORDER TO CORRECT
17      v.                               )   INDICTMENT
                                         )
18  TUAN NGOC LUONG,                     )
                                         )
19         Defendant.                    )
                                         )
20  _____)

21                              [PROPOSED] ORDER

22          The government's motion to correct the Indictment is GRANTED.  The second date listed in the

23  date range in Count Three is corrected from February 17, 2014 to February 17, 2015.  The serial number

24  of the firearm listed in Count Three is corrected from XAA67 to XAA667.

25

26          IT IS SO ORDERED.

27  Dated: ____Ugrvgo dgt"43."4237_____        _____
                                                HAYWOOD S. GILLIAM
28                                              United States District Judge