UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>TUAN NGOC LUONG,<br><br>　　Defendant. | CASE NO. CR 15-0178 HSG<br><br>VERDICT FORM |

**FILED**

SEP 28 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COUNT ONE

We, the jury, find the defendant, TUAN NGOC LUONG,

NOT GUILTY   or   GUILTY

(circle one)

of knowingly obstructing, delaying, or affecting commerce or the movement of articles and commodities in commerce by robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count One of the Indictment.

## COUNT TWO

*(only reach if you find the defendant GUILTY on Count One)*

We, the jury, find the defendant, TUAN NGOC LUONG,

NOT GUILTY   or   GUILTY

(circle one)

of knowingly brandishing a firearm during or in relation to a crime of violence as charged in Count One, namely, Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), all in violation of 18 U.S.C. 18 U.S.C. § 924(c)(1)(A)(ii), as charged in Count Two of the Indictment.

//

//

1

## COUNT THREE

We, the jury, find the defendant, TUAN NGOC LUONG,

NOT GUILTY or (GUILTY)

(circle one)

of possessing a firearm or ammunition after having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g), as charged in Count Three of the Indictment.

DATED: 09/28/15

_____
FOREPERSON