United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>TUAN NGOC LUONG,<br><br>        Defendant. | Case No. 15-cr-00178-HSG-1<br><br>**ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161** |

The parties appeared before this Court on October 26, 2015 for a status conference. Defendant filed a motion to dismiss count two of the indictment on October 26, 2015 and the motion is set to be heard on December 14, 2015.

For the reasons stated on the record during the status hearing, the parties stipulated, and the Court found, that an exclusion of time between October 26, 2015, and December 14, 2015 was appropriate under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D). The Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the Defendant in a speedy trial and in the prompt disposition of criminal cases.

**IT IS SO ORDERED.**

Dated: 10/27/2015

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge