| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | Northern District of California |
|   | JOHN PAUL REICHMUTH |
| 3 | Assistant Federal Public Defender |
|   | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
|   | Oakland, CA 94612 |
| 5 | Telephone: (510) 637-3500 |
| 6 | Facsimile: (510) 637-3507 |
|   | Email: John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant LUONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 15-178 HSG |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| v. | |
| TUAN LUONG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the RESENTENCING HEARING previously set for March 1, 2021 at 2:00 p.m. before the Hon. Haywood S. Gilliam, Jr., be CONTINUED until March 29, 2021 at 2:00 p.m. as a STATUS ON RESENTENCING. The reasons for this request are:

    Mr. Luong is currently housed in a Federal Transfer Center en route to a new designated place of confinement. Defense counsel has been advised by staff there that the current facility does not have Zoom capabilities and that the facility does not have an estimated time for Mr. Luong's departure to his next facility. Additionally, presumably due to Mr. Luong's relocation, defense counsel has not received correspondence that he is expecting from Mr. Luong which is necessary to

defense preparation. Defense counsel will continue monitoring Mr. Luong's location and advise the Court and counsel when a Re-Sentencing via Zoom becomes feasible. The proposed date has been approved by the Courtroom Deputy Clerk.

DATED:  February 22, 2021            _____/S/_____
                                      JOHN PAUL REICHMUTH
                                      Assistant Federal Public Defender

DATED:  February 22, 2021            _____/S/_____
                                      ANNA NGUYEN
                                      Special Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the RESENTENCING HEARING previously set for March 1, 2021 at 2:00 p.m. before this Court, be CONTINUED until March 29, 2021 at 2:00 p.m. as a STATUS ON RESENTENCING.

**IT IS SO ORDERED.**

DATED: 2/23/2021            _____
                             HON. HAYWOOD S. GILLIAM, JR.
                             UNITED STATES DISTRICT JUDGE