| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | Northern District of California |
|   | JOHN PAUL REICHMUTH |
| 3 | Assistant Federal Public Defender |
|   | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
|   | Oakland, CA 94612 |
| 5 | Telephone:   (510) 637-3500 |
|   | Facsimile:    (510) 637-3507 |
| 6 | Email:           John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant LUONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-178 HSG |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| v. | |
| TUAN LUONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the RESENTENCING HEARING previously set for March 29, 2021 at 2:00 p.m. before the Hon. Haywood S. Gilliam, Jr., be CONTINUED until May 24, 2021 at 2:00 p.m. as a STATUS ON RESENTENCING. The reasons for this request are:

Mr. Luong is no longer in transit. Defense counsel has made contact with the facility and will discuss the logistics of a Zoom Re-Sentencing Hearing with staff there. Defense counsel needs additional time to meet and confer with Mr. Luong and review materials in Mr. Luong's possession. Defense counsel will be in trial beginning April 26, 2021, as well. Once the Zoom schedule of the facility is determined, the parties propose to meet and confer with the Courtroom Deputy Clerk and

stipulate to an actual Zoom Re-Sentencing date which may be before or after May 24, depending on the availability of all parties and the Court.

DATED:     March 26, 2021                             _____/S/_____
                                                                          JOHN PAUL REICHMUTH
                                                                          Assistant Federal Public Defender

DATED:     March 26, 2021                             _____/S/_____
                                                                          ANNA NGUYEN
                                                                          Special Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the STATUS ON RESENTENCING HEARING previously set for March 29, 2021 at 2:00 p.m. before this Court, be CONTINUED until May 24, 2021 at 2:00 p.m. as a STATUS ON RESENTENCING.

**IT IS SO ORDERED.**

DATED:  3/26/2021                              _____
                                                                  HON. HAYWOOD S. GILLIAM, JR.
                                                                  UNITED STATES DISTRICT JUDGE