GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          John_Reichmuth@fd.org

Counsel for Defendant LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUAN LUONG,<br><br>　　　　Defendant. | **Case No.:** CR 15-178 HSG<br><br>**STIPULATION TO CONTINUE HEARING; ORDER** |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the RESENTENCING HEARING previously set for September 29, 2021 at 10:00 AM. before the Hon. Haywood S. Gilliam, Jr., be CONTINUED to November 3, 2021 at 10:00 AM for RESENTENCING HEARING.  The reasons for this request are:

　　　There is a pending Petition for Writ of Certiorari, and all briefing has been distributed for the Conference of October 8, 2021.  The defense would like additional time to confer with counsel and consider any developments in that proceeding as they may impact the positon of the defense at re-sentencing.  Probation has also updated the Presentence Investigation and the defense needs additional time to discuss the amendments with Mr. Luong.  The Probation Officer does not object to

this request. The setting is available, according to the Courtroom Deputy Clerk.

DATED:  September 24, 2021                              /S/
                                              JOHN PAUL REICHMUTH
                                              Assistant Federal Public Defender


DATED:  September 24, 2021                              /S/
                                              MICHELLE KANE
                                              Special Assistant United States Attorney


## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the RESENTENCING HEARING previously set for September 29, 2021 at 10:00 AM. before the Hon. Haywood S. Gilliam, Jr., be CONTINUED to November 3, 2021 at 10:00 AM for RESENTENCING HEARING

**IT IS SO ORDERED.**

DATED: 9/24/2021                              _____
                                              HON. HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT JUDGE